UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
BRENDA HUNT; CLAUDETTE JACKSON;         :
HATTIE JOHNSON; BARBARA LONG;           :
PAMELA LYONS; RICHARD MATHENY;          :
LINDA MCKINNEY; MARY MICHALAK;          :
ELLA MOLDEN; EARLINE RICHARDSON;        :
SARAH ROBERTS; KAREN SEXTON; MARY       :
TARLETON; THOMAS TARLETON; LUCY         :
WATERS; SHARON WILLIS; SANDRA           :
HENSLEY; LOYCE LOVVO; BEVERLY           :
SHARP; VIVIAN LEE,                      :
                                        :
     Plaintiffs                         :    Civil Action
v.                                      :    No. 04-11087-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
     Defendants                         :
------------------------------------ x
```

**<u>NOTICE OF APPEARANCE</u>**

      Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004　　　　　　　　　　　　Respectfully submitted,
      Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　　　　Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　　(617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　Boehringer Ingelheim Pharmaceuticals, Inc.